Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

TREEHOUSE AVATAR LLC,

Plaintiff,

v.

VALVE CORPORATION,

Defendant.

Civil Action No. 2:17-cv-01860-RAJ

JOINT CLAIM CHART AND PREHEARING STATEMENT

JURY TRIAL REQUESTED

Plaintiff Treehouse Avatar LLC ("Treehouse") and defendant Valve Corporation ("Valve") submit the following joint claim chart and prehearing statement.

(a) The parties' joint claim chart is attached as Exhibit 1, including the construction of those terms on which the parties agree.

(b) The joint claim chart of Exhibit 1 further includes each party's proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the intrinsic evidence that support that construction, and an identification of any extrinsic evidence on which each party intends to rely either to support its proposed claim construction or to oppose any other party's proposed claim construction. Discovery is still ongoing. The citations to the intrinsic evidence are meant to be exemplary and the parties reserve

JOINT CLAIM CHART - 1
Civil Action No. 2:17-cv-01860-RAJ
TRHA-6-1000 JCC

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

their rights to provide additional citations – both intrinsic and/or extrinsic as may subsequently become appropriate. The joint claim chart includes reference numbers for each disputed claim term, previously assigned to the terms in briefing filed when the action was pending in Delaware. See Dkt. #55-1 (joint claim construction statement). The claim numbers have been retained in the attached joint claim chart so that the prior claim construction briefing can be associated with those same numbers, rather than using new numbers for the reduced number of terms.

(c) Ten or fewer claim terms are in dispute. Although a larger number of disputed terms is contained in the briefing, since the time of the briefing the parties have narrowed the issues and the disputed terms, as set forth in the accompanying joint claim chart. The parties continue to meet-and-confer regarding possible agreement and in response to the proposed constructions, as well as regarding their recently exchanged infringement, non-infringement, and invalidity contentions. Accordingly, the parties also reserve the right to modify any proposed constructions as appropriate under the governing rules and the Court's orders.

(d) The parties anticipate the Claim Construction Hearing will take no more than four hours.

(e) The parties propose that the claim construction hearing should address the terms individually, in the order as set forth in the accompanying joint claim chart. Plaintiff Treehouse will address the construction of the disputed term first, with Defendant Valve to follow and then rebuttal by both parties to the extent permitted by the Court. There are several terms which Valve contends to be invalid as indefinite. For those terms, the parties propose to reverse the order, with Valve addressing the terms first and then Treehouse responding, again followed by rebuttal to the extent permitted by the Court.

JOINT CLAIM CHART - 2
Civil Action No. 2:17-cv-01860-RAJ
TRHA-6-1000 JCC

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

(f)  The parties agree that they will not present live testimony as part of the claim construction hearing.

(g)  The parties agree that no separate tutorial is necessary for the claim construction hearing, and instead the parties can present brief background related to the patent as part of their opening remarks, or in response to questions from the Court as applicable.

(h)  The parties do not believe a prehearing conference is necessary.

(i)  The parties agree that the Court need not appoint an independent expert.

DATED this 28TH day of June, 2018.

LOWE GRAHAM JONES$^{PLLC}$

*/s/Lawrence D. Graham*
Lawrence D. Graham, WSBA No. 25402
*Graham@LoweGrahamJones.com*
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Treehouse Avatar, LLC*

FOX ROTHSCHILD LLP

*/s/Gavin W. Skok*
Gavin W. Skok, WSBA No. 29766
Shata L. Stucky, WSBA No. 39963
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
T: 206.624.3600
*gskok@foxrothschild.com*
*sstucky@foxrothschild.com*

JOINT CLAIM CHART - 3
Civil Action No. 2:17-cv-01860-RAJ
TRHA-6-1000 JCC

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  

BARCELO, HARRISON & WALKER, LLP

Reynaldo C. Barceló (*admitted pro hac vice*)
Joshua C. Harrison (*admitted pro hac vice*)
2901 West Coast Hwy, Suite 200
Newport Beach, CA 92663
T: 949.340.9736
*rey@bhiplaw.com*
*josh@bhiplaw.com*

*Attorneys for Valve Corporation*

JOINT CLAIM CHART - 4
Civil Action No. 2:17-cv-01860-RAJ
TRHA-6-1000 JCC

LOWE GRAHAM JONES℠

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301