# Exhibit 7

Invalidity Claim Chart I
WorldsAway vs. U.S. Patent 8,180,858 claims 1-4, 6, 21-24

| U.S. Patent No. 8,180,858 | WorldsAway[1] |
|---|---|
| 1. A method of collecting data from an information network in response to user choices of a plurality of users made while accessing said information network and navigating character-enabled (CE) network sites on said information network, said method comprising: | WorldsAway disclosed collecting data from an information network in response to user choices of a plurality of users made while accessing said information network and navigating character-enabled (CE) network sites on said information network. For example, WorldsAway disclosed the navigation of Dreamscape on the Internet (on Compuserve) and the selection of an avatar's body, ghost appearance, tokens, and head. See, e.g., Quickstart and Manual. |

---

[1] *See* Zyda Invalidity Report (Dec. 4, 2020), at Section VIII.I, incorporated by reference herein.

| U.S. Patent No. 8,180,858 | WorldsAway |
|---|---|
| 21. A method of operating a plurality of character enabled (CE) network sites for a plurality of users, said method comprising the steps of: | WorldsAway disclosed a method of operating a plurality of character enabled (CE) network sites for a plurality of users. For example, WorldsAway disclosed navigating network sites such as CompuServe and Dreamscape on an information network such as CompuServe.<br><br>    Thus, WorldsAway teaches a "method of operating a plurality of character enabled (CE) network sites" (e.g. WorldsAway operated with a client-server architecture). It was played over an information network, the Internet. ==The environment of WorldsAway was character enabled and included distinct areas, i.e. network sites.==<br><br>    *See also, for example* Chart C (Meridian 59) (Claim 21 preamble) for a detailed discussion of similar features in another contemporaneous prior art network-capable computer game. To the extent that the WorldsAway features described above are found not to satisfy the preamble limitations of Claim 21, it would have been obvious and trivial for a POSITA to modify WorldsAway or to incorporate features from other games known at the time, such as Meridian 59, for at least the reasons stated in the Zyda Invalidity Report (12/4/2020) at Section IX (incorporated herein by reference), and in the manner described at least at Chart C (Meridian 59) (Claim 21 preamble) (incorporated herein by reference). |