UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TREEHOUSE AVATAR LLC,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

CV17-1860 RAJ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

(1) Defendant Valve Corporation's unopposed motion to seal, docket no. 209, is GRANTED, and the following materials shall remain under seal: (a) the unredacted version of defendant's motion to exclude the expert testimony of Scott D. Hampton, docket no. 212; and (b) Exhibits 2–5 to the Declaration of Gavin Skok, docket no. 214.

(2) The parties' stipulated motion to seal, docket no. 222, is GRANTED, and the following materials shall remain under seal: (a) Expert Report of Scott D. Hampton, Ex. D to Walters Decl., docket no. 223; (b) Supplemental Expert Report of Scott D. Hampton, Ex. E to Walters Decl., docket no. 224; (c) Defendant's Fourth Supplemental Sales Figures Disclosures, Ex. F to Walters Decl., docket no. 225; and (d) the transcript of the deposition of Kristian Miller, Ex. J to Walters Decl., docket no. 226.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of October, 2021.

Ravi Subramanian
Clerk

s/Victoria Ericksen
Deputy Clerk

MINUTE ORDER - 1